GEORGE R. HARDIE, Appellant, *v.* INTERNATIONAL MILK
PRODUCTS COMPANY et al., Defendants, and BENT
MILK FOOD CORPORATION, Respondent.

*Contract — pleading — action to recover for alleged breach of contract —
failure of complaint to state cause of action.*

Hardie v. Bent Milk Food Corpn., 207 App. Div. 513, affirmed.
(Argued May 22, 1924; decided June 6, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 21, 1924, which reversed an order of Special
Term denying a motion by respondent for a dismissal
of the complaint as to it and granted said motion. The
complaint set forth the terms of three separate contracts,
dated May 11, 1916, May 12, 1916, and September 7,
1916. The parties to the first contract were the defend-
ant the Bent Milk Food Corporation and the defendant
the International Milk Products Company. The con-
tract called for the delivery of raw milk by the Bent
Corporation to the International Company. The parties
to the second contract were the International Milk
Products Company and the plaintiff. The contract
called for the delivery to the plaintiff of condensed milk
manufactured by the International Company from raw
milk delivered to it by the Bent Company. The third
contract was supplementary to the earlier contracts.
The parties thereto were the plaintiff, the International
Milk Products Company and the Bent Milk Food Cor-
poration. The complaint alleged a breach of the first
contract by the Bent Corporation, a breach of the second
contract by the International Company, and a breach
of the third contract by both the International and the
Bent Companies. It asserted that the plaintiff was
damaged by these breaches, and sought recovery therefor
from both the defendants named. The defendant the
Bent Milk Food Corporation moved to dismiss the
complaint as against it on the ground that no cause of
action was stated.

*Lawrence Russell* for appellant.

*Francis E. Cullin* and *Henry Purcell* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

AUGUSTUS B. FIELD et al., Appellants, *v.* WEST THIRTY-SIXTH STREET REALTY CORPORATION et al., Respondents.

*Real property — covenants — when covenant not to use premises for business purposes or to build within certain distance of street line will not be enforced.*

*Field* v. *West Thirty-sixth Street Realty Corpn.*, 207 App. Div. 904, affirmed.

(Argued May 23, 1924; decided June 6, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1923, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought to obtain an injunction restraining the defendant West Thirty-sixth Street Corporation as owner in fee of premises 12 West Thirty-sixth street from violating certain restrictive covenants against the use of the last-mentioned premises for business purposes and against the erection of any portion of a building, except bay windows, within the space of five feet two inches from the street line. The trial court dismissed the complaint on the ground that the change in the character of the neighborhood had been such that equity would not enforce the restrictive covenant.

*William W. Robison* for appellants.

*Jacob R. Schiff* and *Samuel W. Dorfman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.